**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
In Admiralty

**Case No.: 0:23-cv-61946-RS**

TIME OUT, LLC,

      Plaintiff/Counter-Defendant,

v.

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

      Defendant/Counter-Plaintiff.                /

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant/Counter-Plaintiff, CLEAR SPRING PROPERTY AND CASUALTY COMPANY ("Clear Spring"), pursuant to Federal Rule of Civil Procedure 7.1, hereby files the following Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

- No public corporation owns more than 10% of Clear Spring's stock.

Furthermore, Defendant/Counter-Plaintiff certifies that the following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Clear Spring Property and Casualty Insurance Company, Defendant/Counter-Plaintiff

    a. Clear Spring is wholly owned by Clear Spring PC Holdings, LLC ("CSPCH"). CSPCH is wholly owned by Delaware Life Insurance Company ("DLIC"). DLIC is wholly owned by Group One Thousand One, LLC ("GOTO"). GOTO is majority-owned by Delaware Life Holdings Parent, LLC ("DLHP"). DLHP

is wholly owned by Delaware Life Holdings Parent II, LLC ("DLHPII"). DLHPII is majority-owned by Delaware Life Partners, LLC, which is wholly owned by Mark R. Walter.

2. Charles S. Davant, Esq., counsel for Defendant/Counter-Plaintiff

3. Shayna K. Hudson, Esq., counsel for Defendant/Counter-Plaintiff

4. Davant Law, P.A., counsel for Defendant/Counter-Plaintiff

5. Time Out, LLC, Plaintiff/Counter-Defendant

6. Justin S. Fiorilli, Esq., counsel for Plaintiff/Counter-Defendant

7. Lochner Law Firm, P.C., counsel for Plaintiff/Counter-Defendant

Defendant/Counter-Plaintiff will promptly amend this Certificate of Interested Parties and Corporate Disclosure Statement upon learning of the existence of any other interested parties.

Dated: March 1, 2024.

Respectfully submitted,

**DAVANT LAW, P.A.**
*Counsel for Defendant/Counter-Plaintiff, Clear Spring*
12 Southeast 7th Street, Suite 601
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400

By: */s/ Melaina D. Haisfield*
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Melaina D. Haisfield
Florida Bar No. 20933
mdh@davantlaw.com
Shayna K. Hudson
Florida Bar No. 118735
skh@davantlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a copy thereof on all counsel of record.

                                          */s/ Melaina D. Haisfield*
                                          Melaina D. Haisfield