**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
In Admiralty

Case No.: 0:23-cv-61946-RS

TIME OUT, LLC,

    Plaintiff/Counter-Defendant,

v.

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

    Defendant/Counter-Plaintiff.               /
_____

**JOINT SCHEDULING REPORT**

    Plaintiff/Counter-Defendant, TIME OUT, LLC, and Defendant/Counter-Plaintiff, CLEAR SPRING PROPERTY AND CASUALTY COMPANY, pursuant to Local Rule 16.1(b)(2), hereby submit the enclosed Joint Scheduling Report, and state as follows:

**Proposed Case Track:**

    Pursuant to Local Rule 16.1(a)(2), the Parties believe that this matter should be assigned to the Standard Track.

**Joint Scheduling Report:**

**(A) The Likelihood of Settlement**

    The Parties have preliminarily discussed settlement and they will continue to work cooperatively toward an amicable settlement. There is a possibility that early settlement discussions will result in a resolution of this case.

**(B) The Likelihood of Appearance in the Action of Additional Parties**

This case is still in its infancy. While the current Parties do not anticipate the appearance of any additional parties at this time, to the extent that it becomes necessary to add any, the current Parties agree to add them promptly and as far in advance of the amendment deadline as possible.

**(C) Proposed Limits on the Time (i) To Join Other Parties and to Amend the Pleadings; (ii) to File and Hear Motions; and (iii) to Complete Discovery.**

Please see the attached Proposed Scheduling Order.

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

None at this time. Discovery is in its infancy; and the Parties will work together to simplify the issues and prepare motions for summary judgment, if any such motions are warranted.

**(E) The Necessity or Desirability of Amendments to the Pleadings.**

This case is still in its infancy. To the extent that it becomes necessary to amend the pleadings, the Parties agree to seek such an amendment promptly and as far in advance of the amendment deadline as possible.

**(F) The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

The Parties will work together to obtain admissions and stipulations that will avoid any unnecessary proof at trial.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

At this time, discovery is still in its infancy. However, the Parties will work together to avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

At this time, the Parties consent to having discovery disputes heard by the Magistrate Judge. The Parties do not consent to referring any other matters to the Magistrate Judge at this time.

**(I) A preliminary estimate of the time required for trial.**

At this time, the Parties preliminarily estimate that the trial would require four days.

**(J) A requested date or dates for conferences before trial, a final pretrial conference, and trial.**

Please see the attached Proposed Scheduling Order.

**(K) Any issues about (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert those claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist.**

None at this time.

**(L) Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

Dated: March 15, 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*
Justin S. Fiorilli
Florida Bar No. 111481
justin@fiorillilaw.com

**LOCHNER LAW FIRM, P.C.**
Attorneys for Plaintiff, Time Out, LLC
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
*Counsel for Time Out, LLC*

*/s/ Melaina D. Haisfield*
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Melaina D. Haisfield
Florida Bar No. 20933
mdh@davantlaw.com

**DAVANT LAW, P.A.**
12 Southeast 7th Street, Suite 601
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400
*Counsel for Clear Spring Property and Casualty Company*