UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
In Admiralty

Case No.: 0:23-cv-61946-RS

TIME OUT, LLC,

    Plaintiff/Counter-Defendant,

v.

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

    Defendant/Counter-Plaintiff.    /

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL DEADLINES**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Monday, March 24, 2025**. The **Calendar Call** will be held at **10:00 a.m. on Friday, March 21, 2025**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Exchange of Initial Disclosures | [04/29/2024] |
| 2. | Joinder of any additional parties and filing of motions to amend the complaint by | [05/03/2024] |
| 3. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | [05/31/2024] |
| 4. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | [08/09/2024] |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | [08/30/2024] |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | [04/19/2024] |
| 7. | All discovery shall be completed by | [10/25/2024] |
| 8. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | [11/15/2024] |

9.  Mediation shall be completed by                                                    [11/08/2024]

10. All pretrial motions and memoranda of law, including motions in
    limine, shall be filed by                                                          [01/28/2025]

11. Joint pretrial stipulation, and proposed findings of fact
    and conclusions of law shall be filed by                                           [03/14/2025]

Dated: March 15, 2024.

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Justin S. Fiorilli* | */s/ Melaina D. Haisfield* |
| Justin S. Fiorilli | Charles S. Davant |
| Florida Bar No. 111481 | Florida Bar No. 15178 |
| justin@fiorillilaw.com | csd@davantlaw.com |
| | Melaina D. Haisfield |
| **LOCHNER LAW FIRM, P.C.** | Florida Bar No. 20933 |
| Attorneys for Plaintiff, Time Out, LLC | mdh@davantlaw.com |
| 3001 West State Road 84, Third Floor | |
| Fort Lauderdale, Florida 33312 | **DAVANT LAW, P.A.** |
| Office: (954) 797-7719 | 12 Southeast 7th Street, Suite 601 |
| Direct: (561) 727-9337 | Fort Lauderdale, FL 33301 |
| *Counsel for Time Out, LLC* | Telephone: (954) 414-0400 |
| | *Counsel for Clear Spring Property and Casualty Company* |